JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANTA MOABERI, | CASE NO.: CV12-08735 JGB (JCGx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY; CITIBANK CONSUMER LTD PLAN; AND DOES 1 THROUGH 10, INCLUSIVE, | [Filed concurrently with Stipulation] |
| Defendants. | Complaint Filed: October 11, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\users\imacias\appdata\local\temp\notesc7a056\orer re dismissal.doc

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 25, 2013

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

JS-6